# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Richard Leland Neal

              V.                     **JUDGMENT IN A CIVIL CASE**

Ric Juarez, et al.

                                CASE NUMBER:    06cv0055 J (JMA)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants Defendants' Motion for Summary Judgment as to all of Plaintiff's claims.

| July 24, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON July 24, 2007 |

06cv0055 J (JMA)